896 A.2d 565

**In re Nomination Papers of Matthew GOOD as Candidate for State Representative in the 3rd Legislative District.**

**Appeal of David Dows.**

Supreme Court of Pennsylvania.

Submitted April 18, 2006.

Decided April 28, 2006.

Lawrence M. Otter, Esq., Harrisburg, for David Dows.

James Michael Evans, Esq., Rudy A. Fabian, Esq., Bruce C. Fox, Esq., Lawrence J. Tabas, Esq., and Lindsey Marie Glah, Esq., Pittsburgh, for Matthew Good.

Louis Lawrence Boyle, Esq., for the Bureau of Commissions, Elections and Legislation.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of April, 2006, we **AFFIRM** the Order of the Commonwealth Court.